# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL COWART,<br><br>    Plaintiff,<br><br>  v.<br><br>D. CHAVEZ, et al.,<br><br>    Defendants. | **CASE No. 1:16-cv-0368-AWI-MJS (PC)**<br><br>**ORDER DENYING MOTION REQUESTING SCREENING**<br><br>**(ECF NO. 13)** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pending is Plaintiff's motion to screen his complaint. This motion will be denied because his pleading was screened on June 23, 2016, and this case dismissed on February 9, 2017, without prejudice to Plaintiff refiling a petition for writ of habeas corpus. (ECF Nos. 9, 11.) Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for screening (ECF No. 13) is DENIED.

IT IS SO ORDERED.

Dated: May 10, 2017        /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE